**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
**In Re:**

                                         **CHAPTER 11**

**IT'Z ALL 4 U**

                                         **CASE NO. 14-43999**

                            **Debtor.**
------------------------------------------------------------------x

### AFFIDAVIT OF LOCAL BANKRUPTCY RULE 1007-4

STATE OF NEW YORK    )
                             ) SS.:
COUNTY OF NEW YORK  )

MICHELLE BUGGS, being duly sworn, deposes and says:

1. The debtor's business is a restaurant serving Caribbean and Spanish food

2. The case was not previously commenced as a chapter 7 or 13.

3. There are no members or attorneys for any committee organized prior to the order for relief in the Chapter 11 case.

4. There are unsecured claims

5. These are the names of the largest secured claims

    a. Anastasio Plattellas 45-06 39th Place, Apt 3c Sunnyside, NY 11104 approximately $21,000

6. Summary of Assets located at the restaurant which is 20-01 New Haven Avenue, Far Rockaway NY 11691

7. There are no shares of stock or debentures or other securities publicly held.

8. The Debtor is in possession of the assets at 20-01 New Haven Avenue, Far Rockaway NY 11691

9. The Debtor Michelle Buggs has 46% ownership interest in the restaurant and Reginal

Phills has 44% ownserhip of restaurant, Selissa Edwards has 5% ownership and Peter Edwards has 5% which is located at 20-01 New Haven Avenue, Far Rockaway NY 11691.

10. The location of debtors substantial assets is the restaurant which is located at 20-01 New Haven Avenue, Far Rockaway NY 11691 and the Debtor's books and records by Patrick Bacaris 30 Vineyard Way, Mt Sinai NY 11766

11. The nature of pending actions are currently settled

12. Senior Management is comprised Michelle Boggs residing at 30 Norton Street, Inwood NY 11096 and Reginal Phillis 119-13 Nashville Blvd, St Albans, NY 11412.  Ms. Buggs has been involved in the culinary business for over 10 years in the New York area.  Ms Buggs  is responsible for managing the operations of the Business.

13. (1) The debtor has payroll performed by his accountant Mr. Pacaris

    (2) the debtor has not retained a financial or business consultant.

    (3) The debtor continues to operate the business at the above location.

Sworn to before me this  
15 day of July 2014                        /s/ *Michelle Buggs*  
                                            Michelle Buggs  

/s/ Susan Levine  
Susan Levine  
Notary Public  
State of New York  
Comm No.: 01LA6118504 expiration 6/25/2016